1038

[No. 42704-4-II. Division Two. March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY L. RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00023-1, Amber L. Finlay, J., entered September 12, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johansen, A.C.J., and Quinn-Brintnall, J.

[No. 42911-0-II. Division Two. March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ATILANO FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00660-1, Jay B. Roof, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johansen, A.C.J., and Bjorgen, J.

[No. 43275-7-II. Division Two. March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES REES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00651-9, Nelson E. Hunt, J., entered March, 28, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johansen, A.C.J., and Quinn-Brintnall, J.

[No. 43507-1-II. Division Two. March 5, 2013.]

*In the Matter of the Welfare of* X.T.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-7-00418-1, Kitty-Ann van Doorninck, J., entered May 4, 2012. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Bjorgen, JJ. Now published at 174 Wn. App. 733.